UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 16-45683-659 |
| CARLA DIANE DAVIES ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 10 filed by |
| ) | CAVALRY SPV I LLC |
| ) | Acct: 2037 |
| ) | Amount: $8,217.01 |
| **Debtor** ) | Response Due: January 12, 2017 |
| ) | |

**TRUSTEE'S OBJECTION TO CLAIM 10**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

   COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:
   The claim of CAVALRY SPV I LLC dated December 19, 2016, should be denied as filed because the creditor has not provided a copy of the writing on which the claim is based nor evidence that the security interest is perfected. The Trustee seeks an order directing him to pay the claim as a general unsecured claim.
   WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: December 22, 2016 | /s/ John V. LaBarge, Jr._____ |
| | John V. LaBarge, Jr. |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of December 22, 2016.

                                                                 /s/ John V. LaBarge, Jr.

CARLA DIANE DAVIES  
2738 LIBERTY LANDING COURT  
FLORISSANT, MO  63033

KIMBER H BARO ATTY  
1605 N LINDBERGH BLVD  
FLORISSANT, MO  63031

CAVALRY SPV I LLC  
3936 E FORT LOWELL RD #200  
C/O BASS & ASSOCIATES  
TUCSON, AZ  85712