# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 16-45683-659  Chapter 13 |
| ) | |
| **CARLA DIANE DAVIES** ) | |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws his Objection To Claim dated December 28, 2016, to claim 10 filed on behalf of CAVALRY SPV I LLC.

Dated: January 05, 2017          /s/ John V. LaBarge, Jr., Chapter 13 Trustee
WDOCLM--AC
John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 1/5/2017.

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee

CARLA DIANE DAVIES
2738 LIBERTY LANDING COURT
FLORISSANT, MO  63033

CAVALRY SPV I LLC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES
TUCSON, AZ  85712

KIMBER H BARO ATTY
1605 N LINDBERGH BLVD
FLORISSANT, MO  63031