UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                              )
Carla Davies                        )    Case No. 16-45683-659
                                    )    Chapter 13  - Doc.  31
             Debtor.                )

**CERTIFICATION AND ORDER ON DEBTOR'S OBJECTION TO CLAIM 10-1 FILED BY CAVALRY SPV I, LLC**

Debtor's attorney certifies that she served all parties in accordance with the applicable Bankruptcy Rules, and that 20 days have passed since service of Debtor's objection.

___X___    No response in opposition to the objection has been filed with either the court or Debtor's attorney.
_____    A response in opposition to the objection has been filed and the Objection is resolved as set forth in the Order below.

Kimber H. Baro 33690MO

Dated:   January 17, 2017

/s/ Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031
Tel: (314) 896-1999
Fax: (314) 942-7195
Email: kbaro@barolawfirm.com

**ORDER**

Upon Debtor's Objection to claim 10-1 filed by Cavalry SPV I, LLC and  for good cause shown:

IT IS ORDERED that the Debtor's objection is
____X_____ Sustained              _____ Denied as Settled
_____ Overruled

IT IS FURTHER ORDERED that claim number __10-1_ is:
_____    Denied
_____    Allowed in the amount of $_____ as a priority claim under section 507.
_____    Allowed  in the amount of $_____ as a general, unsecured claim.
_____    Allowed in the amount of $_____ as priority claim under section 507 (a) (8) and in the amount of $_____ as a general unsecured claim.
_____    Allowed as a secured claim in the amount of $_____ and as an unsecured claim in the amount of $_____.
____X_____  Other (describe or attach document reflecting how the claim has been resolved.) . **CLAIM ALLOWED AS FILED BUT NO  PAYMENTS TO BE MADE BY THE TRUSTEE. AN AMENDED CLAIM MAY BE FILED FOR ANY DEFICIENCY BALANCE.**

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:   January 27, 2017
St. Louis, Missouri
rjb

Prepared by:

Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031

Copy mailed to:
Kimber H. Baro
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO  63031

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road
Suite 200
Tucson, AZ 85712